IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JO ANN JACKSON, ) | CASE NO. 1:15cv1203 |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | MAGISTRATE JUDGE |
| ) | KENNETH S. McHARGH |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | **JUDGMENT ENTRY** |
| Defendant. ) | |

Pursuant to the court's Memorandum Opinion filed September 30, 2016, the Court AFFIRMS the decision of the Commissioner.

IT IS SO ORDERED.

                                                s/ Kenneth S. McHargh
                                                Kenneth S. McHargh
                                                United States Magistrate Judge

Date: September 30, 2016.